## W. H. BALLARD ET AL *v.* SQUIRE TURNER ET AL.

**Attorney and Client—Compensation and Lien of Attorney.**

An attorney has a statutory lien on the fund in litigation and an order for paying his allowance out of that fund is not erroneous.

### APPEAL FROM MADISON CIRCUIT COURT.

December 21, 1869.

OPINION OF THE COURT BY JUDGE ROBERTSON:

As the parties appeared and introduced testimony as to the value of the services of the appellee attorneys and the record does not, by bill of exceptions, or otherwise, show what the evidence was, this court cannot adjudge that the allowance by the circuit court was exorbitant or that the attorneys had engaged for less.

Holding, as they did, a statutory lien on the fund in litigation, the order for paying their allowance out of that fund does not appear to be erroneous.

Nor does the record afford a sufficient means for determining that $75, as allowed to the commissioner, was excessive.

Wherefore the judgment is *affirmed.*

*Goodloe,* for appellants.

*Turner,* for appellees.